# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00626-CV

**Cedar Contracting, Inc. and Lands and Leases, Inc., Appellants**

**v.**

**Ronald Hernandez and Connie Hernandez, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT NO. D-1-GN-10-001914, HONORABLE RHONDA HURLEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Cedar Contracting, Inc. and Lands & Leases, Inc. filed a motion requesting that this appeal be dismissed. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Justices Henson, Rose and Goodwin

Dismissed on Appellants' Motion

Filed: February 4, 2011